## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name:  Leroy John Balzer and Karen Ann Balzer

Case No.  17-10652TPA

Month  JUNE                    Year  2017

Gross receipts for month:              4350

(If more than one source, list each)    500

                       TOTAL GROSS RECEIPTS:  $  4850

Business expenses paid:

| Description | Amount |
| --- | --- |
| GAS | 102 |
| RENTAL | 1500 |
| Brush Mowing | 250 |

                              TOTAL EXPENSES:  $  1852

Net profit or (loss) for month       $  2998

Reports for each month are due by the 15th day of the following month and should be mailed to:

Chapter 13 Trustee, US Steel Tower-Suite 3250, 600 Grant Street, Pittsburgh, PA  15219

USE ADDITIONAL SHEETS IF NEEDED

#1076107