# MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name:  Leroy John Balzer and Karen Ann Balzer

Case No.  17-10652TPA

Month  July              Year  2017

Gross receipts for month:  4032

(If more than one source, list each)  500

TOTAL GROSS RECEIPTS:  $  4532

Business expenses paid:

| Description | Amount |
|---|---|
| GAS | 128 |
| Supplys | 114.32 |
| Truck | 718.06 |
| Container Hauling Fees | 750.00 |

TOTAL EXPENSES:  $  1710.38

Net profit or (loss) for month   $  2821.62

Reports for each month are due by the 15th day of the following month and should be mailed to:

Chapter 13 Trustee, US Steel Tower-Suite 3250, 600 Grant Street, Pittsburgh, PA  15219

USE ADDITIONAL SHEETS IF NEEDED

#1076107