## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: Leroy John Balzer and Karen Ann Balzer

Case No. 17-10652TPA

Month August    Year 2017

Gross receipts for month: 2800

(If more than one source, list each) 500

TOTAL GROSS RECEIPTS: $ 3300

Business expenses paid:

| Description | Amount |
|---|---|
| GAS | 130. |
| Supplys | 127.69 |

TOTAL EXPENSES: $ 257.69

Net profit or (loss) for month $ 3042.31

Reports for each month are due by the 15th day of the following month and should be mailed to:

Chapter 13 Trustee, US Steel Tower-Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

#1076107