# MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: Leroy John Balzer and Karen Ann Balzer

Case No. 17-10652TPA

Month SEPTEMBER   Year 2017

Gross receipts for month: 3000

(If more than one source, list each) 500

TOTAL GROSS RECEIPTS: $ 3500

Business expenses paid:

| Description | Amount |
|---|---|
| GAS | 117.00 |
| Supplys | 188.53 |

TOTAL EXPENSES: $ 286.80

Net profit or (loss) for month $ 3213.20

Reports for each month are due by the 15th day of the following month and should be mailed to:

Chapter 13 Trustee, US Steel Tower-Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

#1076107