## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: Leroy John Balzer and Karen Ann Balzer

Case No. 17-10652TPA

Month October    Year 2017

Gross receipts for month: 3294

(If more than one source, list each) 500

TOTAL GROSS RECEIPTS: $ 3794

Business expenses paid:

| Description | Amount |
|---|---|
| GAS | 189. |
| Supplies | 54.34 |
| Work Clothes | 128.59 |

TOTAL EXPENSES: $ 371.93

Net profit or (loss) for month $ 3422.07

Reports for each month are due by the 15th day of the following month and should be mailed to:

Chapter 13 Trustee, US Steel Tower-Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

#1076107