**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Leroy John Balzer
Karen Ann Balzer**
Debtor(s)

Bankruptcy Case No.: 17–10652–TPA
Per November 28, 2017 Proceeding
Chapter: 13
Docket No.: 37 – 16
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated July 14, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $3,303.00 as of December, 2017. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☒ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Ditech (Claim No. 3); PA Department of Revenue (Claim No. 1–2) and Internal Revenue Service (Claim No. 2) .

☒ H.   Additional Terms: 1) Added language to Item "D": Huntington Mortgage.
2) The secured claim(s) of the following Creditor(s) shall govern as to pre–petition arrears, and the monthly post–petition payments shall be based on allowed payment changes of record: PNC Bank (Claim No. 10)

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.     Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.     Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.     Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.     Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.     Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: December 5, 2017

Thomas P. Agresti, Judge
United States Bankruptcy Court

cc:   All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 17-10652-TPA
Leroy John Balzer                                                             Chapter 13
Karen Ann Balzer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson              Page 1 of 2              Date Rcvd: Dec 05, 2017
                              Form ID: 149            Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
```
db/jdb         +Leroy John Balzer,    Karen Ann Balzer,    3623 West Lake Road,    Erie, PA 16505-3401
cr             +Dep't of Revenue Office of Attorney General,     Anthony T. Kovalchick,    564 Forbes Avenue,
                 Manor Building,    Pittsburgh, PA 15219-2908
14659125       +AAS Debt Recovery Inc.,    P.O. Box 129,    Monroeville, PA 15146-0129
14659127       +AT&T,   500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-1340
14659130      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America, N.A.,      P.O. Box 982238,    El Paso, TX 79998-2235)
14659129       +Bank of America,    450 East Boundry Street,    Chapin, SC 29036-9417
14659128       +Bank of America,    13150 Worldgate Drive,    Herdon, VA 20170-4376
14706037       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14659136     ++++CORE LOGIC,    1500 SOLANA BLVD BLDG 1,    WESTLAKE TX 76262-1720
               (address filed with court: Core Logic,     One Core Logic Drive,    Westlake, TX 76262)
14659132        Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
14659134       +CitiBank N.A.,    500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-1340
14659135        Commercial Acceptance,    2 Main Street,    Shiremanstown, PA 17011
14659138       +Countrywide Home Loans, Inc.,    1800 Tapo Canyon Road,    Simi Valley, CA 93063-6712
14659139       +David J. Apothaker, Esquire,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
14659142       +Ditech Financial LLC/Greentree Servicing,     3000 Bayport Drive,    Suite 880,
                 Tampa, FL 33607-8409
14659145       +Huntington Bank,    831 State Street,    Erie, PA 16501-1316
14659146        Huntington Mortgage Group,    P.O. Box 1588,    Dept. EAW25,    Columbus, OH 43216
14659148       +Jennie C. Tsai, Esquire,    Phelan, Hallinan Diamond & Jones LLP,    1617 JFK Blvd., Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103-1823
14659149       +Lynn M. Taber, Esquire,    1150 1st Avenue, #501,    King of Prussia, PA 19406-1316
14659151       +PNC Bank,    2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14659152       +PNC Bank,    P.O. Box 3180,   Pittsburgh, PA 15230-3180
14726640       +PNC Bank, National Association,     Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14659154       +Sky Bank,    831 State Street,   Erie, PA 16501-1316
14648011       +The Huntington National Bank,     c/of McCabe Weisberg & Conway P.C.,    123 South Broad Street,
                 Suite 1400,    Philadelphia, PA 19109-1060
14659156       +Trident Asset Management,    53 Perimiter Center East,    Suite 440,    Atlanta, GA 30346-2287
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14659126       +E-mail/Text: roy.buchholz@allianceoneinc.com Dec 06 2017 01:59:05      Alliance One,
                 4850 Street Road,    Suite 300,   Trevose, PA 19053-6643
14659131       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2017 02:01:42      CACH LLC,
                 4340 S. Monaco Street,    2nd Floor,   Denver, CO 80237-3485
14734326        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2017 02:01:42
                 CACH, LLC C/O Resurgent Capital Services,     P.O. Box 10675,   Greenville, SC 29603-0675
14659133       +E-mail/Text: bankruptcy@cavps.com Dec 06 2017 01:59:55      Cavalry SPV I LLC,
                 500 Summit Lake Drive,    Suite 400,   Valhalla, NY 10595-1340
14659141       +E-mail/Text: bankruptcy.bnc@ditech.com Dec 06 2017 01:59:14      DiTech Financial LLC,
                 P.O. Box 6172,   Rapid City, SD 57709-6172
14659140       +E-mail/Text: bankruptcy.bnc@ditech.com Dec 06 2017 01:59:14      DiTech Financial LLC,
                 1100 Landmark Towers,    345 St. Peters Street,    St. Paul, MN 55102-1211
14666004        E-mail/Text: bankruptcy.bnc@ditech.com Dec 06 2017 01:59:14
                 Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14659143       +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 01:55:48      Greentree Servicing LLC,
                 7360 South Kyrne Road,    Tempe, AZ 85283-4583
14659144       +E-mail/Text: bankruptcy@huntington.com Dec 06 2017 01:59:34      Huntington Bank,
                 2361 Morse Road,    Columbus, OH 43229-5891
14659147        E-mail/Text: cio.bncmail@irs.gov Dec 06 2017 01:59:11      Internal Revenue Service,
                 ATTN: Centralized Insolvency Operations,     P.O. Box 7346,   Philadelphia, PA 19101-7346
14699976       +E-mail/Text: Bankruptcy@natfuel.com Dec 06 2017 01:59:38      National Fuel,    Attn: Legal Dept.,
                 P.O. Box 2081,    Erie, PA 16512-2081
14648571       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 06 2017 02:13:07
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14659150        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 06 2017 01:59:26      Pa. Dept. of Revenue,
                 Dept. 280946,   Harrisburg, PA 17128-0946
14663644        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 06 2017 01:59:26
                 Pennsylvania Department of Revenue,    Bankruptcy division,   P O Box 280946,
                 Harrisburg P A 17128-0946
14659153       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 06 2017 02:22:41
                 Portfolio Recovery Associates Inc.,    P.O. Box 12914,   Norfolk, VA 23541-0914
14737710       +E-mail/Text: bankruptcy@huntington.com Dec 06 2017 01:59:34      The Huntington National Bank,
                 PO Box 89424,    Cleveland, OH 44101-6424
14689787        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 06 2017 01:56:23      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 17
```

```
District/off: 0315-1          User: vson              Page 2 of 2             Date Rcvd: Dec 05, 2017
                              Form ID: 149            Total Noticed: 42

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ditech Financial LLC et al
cr             PNC BANK, NATIONAL ASSOCIATION
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14712676*     +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14701963*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
14659155*     +The Huntington National Bank,    c/of McCabe Weisberg & Conway P.C.,    123 South Broad Street,
                Suite 1400,    Philadelphia, PA 19109-1060
14659137     ##+Countrywide Home Loans, Inc.,    4500 Park Granada,    Calabasas, CA 91302-1613
                                                                                         TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:
          Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
           akovalchick@attorneygeneral.gov
          James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Mario J. Hanyon    on behalf of Creditor    Ditech Financial LLC et al pawb@fedphe.com
          Michael S. Jan Janin    on behalf of Debtor Leroy John Balzer mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           myers@quinnfirm.com
          Michael S. Jan Janin    on behalf of Joint Debtor Karen Ann Balzer mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           myers@quinnfirm.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```