Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Leroy John Balzer
Karen Ann Balzer**
   Debtor(s)

Bankruptcy Case No.: 17–10652–TPA
Related to Docket No. 40
Chapter: 13
Docket No.: 41 – 40
Concil. Conf.: September 4, 2018 at 02:30 PM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **August 6, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **August 20, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **September 4, 2018** at **02:30 PM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 21, 2018

cm: All Creditors and Parties In Interest

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-10652-TPA
Leroy John Balzer                                                         Chapter 13
Karen Ann Balzer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lmar              Page 1 of 2           Date Rcvd: Jun 21, 2018
                              Form ID: 213            Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
```
db/jdb         +Leroy John Balzer,    Karen Ann Balzer,    3623 West Lake Road,    Erie, PA 16505-3401
cr             +Dep't of Revenue Office of Attorney General,    Anthony T. Kovalchick,    564 Forbes Avenue,
                 Manor Building,    Pittsburgh, PA 15219-2908
14659125       +AAS Debt Recovery Inc.,    P.O. Box 129,    Monroeville, PA 15146-0129
14659127       +AT&T,    500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-1340
14659130      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America, N.A.,      P.O. Box 982238,    El Paso, TX 79998-2235)
14659129       +Bank of America,    450 East Boundry Street,    Chapin, SC 29036-9417
14659128       +Bank of America,    13150 Worldgate Drive,    Herdon, VA 20170-4376
14706037       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14659136     ++++CORE LOGIC,    1500 SOLANA BLVD BLDG 1,     WESTLAKE TX 76262-1720
                 (address filed with court: Core Logic,    One Core Logic Drive,    Westlake, TX 76262)
14659134       +CitiBank N.A.,    500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-1340
14659135        Commercial Acceptance,    2 Main Street,    Shiremanstown, PA 17011
14659138       +Countrywide Home Loans, Inc.,    1800 Tapo Canyon Road,    Simi Valley, CA 93063-6712
14659139       +David J. Apothaker, Esquire,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
14659142       +Ditech Financial LLC/Greentree Servicing,    3000 Bayport Drive,    Suite 880,
                 Tampa, FL 33607-8409
14659145       +Huntington Bank,    831 State Street,    Erie, PA 16501-1316
14659146        Huntington Mortgage Group,    P.O. Box 1588,    Dept. EAW25,    Columbus, OH 43216
14659148       +Jennie C. Tsai, Esquire,    Phelan, Hallinan Diamond & Jones LLP,    1617 JFK Blvd., Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103-1823
14659149       +Lynn M. Taber, Esquire,    1150 1st Avenue, #501,    King of Prussia, PA 19406-1316
14659151       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14659152       +PNC Bank,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
14726640       +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14659154       +Sky Bank,    831 State Street,    Erie, PA 16501-1316
14648011       +The Huntington National Bank,    c/of McCabe Weisberg & Conway P.C.,    123 South Broad Street,
                 Suite 1400,    Philadelphia, PA 19109-1060
14659156       #+Trident Asset Management,    53 Perimiter Center East,    Suite 440,    Atlanta, GA 30346-2294
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14659126       +E-mail/Text: roy.buchholz@allianceoneinc.com Jun 22 2018 02:14:45      Alliance One,
                 4850 Street Road,    Suite 300,    Trevose, PA 19053-6643
14659131       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2018 02:21:38      CACH LLC,
                 4340 S. Monaco Street,    2nd Floor,    Denver, CO 80237-3485
14734326        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2018 02:21:47
                 CACH, LLC C/O Resurgent Capital Services,     P.O. Box 10675,    Greenville, SC 29603-0675
14659132        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 22 2018 02:10:37
                 Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
14659133       +E-mail/Text: bankruptcy@cavps.com Jun 22 2018 02:15:43      Cavalry SPV I LLC,
                 500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-1340
14659141       +E-mail/Text: bankruptcy.bnc@ditech.com Jun 22 2018 02:14:57      DiTech Financial LLC,
                 P.O. Box 6172,    Rapid City, SD 57709-6172
14659140       +E-mail/Text: bankruptcy.bnc@ditech.com Jun 22 2018 02:14:57      DiTech Financial LLC,
                 1100 Landmark Towers,    345 St. Peters Street,    St. Paul, MN 55102-1211
14666004        E-mail/Text: bankruptcy.bnc@ditech.com Jun 22 2018 02:14:57
                 Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14659143       +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:11:10      Greentree Servicing LLC,
                 7360 South Kyrne Road,    Tempe, AZ 85283-4583
14659144       +E-mail/Text: bankruptcy@huntington.com Jun 22 2018 02:15:22      Huntington Bank,
                 2361 Morse Road,    Columbus, OH 43229-5891
14659147        E-mail/Text: cio.bncmail@irs.gov Jun 22 2018 02:14:52      Internal Revenue Service,
                 ATTN: Centralized Insolvency Operations,     P.O. Box 7346,    Philadelphia, PA 19101-7346
14699976       +E-mail/Text: Bankruptcy@natfuel.com Jun 22 2018 02:15:28      National Fuel,    Attn: Legal Dept.,
                 P.O. Box 2081,    Erie, PA 16512-2081
14648571       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 02:10:32
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14659150        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 22 2018 02:15:10      Pa. Dept. of Revenue,
                 Dept. 280946,    Harrisburg, PA 17128-0946
14663644        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 22 2018 02:15:10
                 Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                 Harrisburg P A 17128-0946
14659153       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 02:10:52
                 Portfolio Recovery Associates Inc.,     P.O. Box 12914,    Norfolk, VA 23541-0914
14737710       +E-mail/Text: bankruptcy@huntington.com Jun 22 2018 02:15:23      The Huntington National Bank,
                 PO Box 89424,    Cleveland, OH 44101-6424
14689787        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 22 2018 02:21:55      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 18
```

```
District/off: 0315-1           User: lmar                  Page 2 of 2                   Date Rcvd: Jun 21, 2018
                               Form ID: 213                Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC et al
cr              PNC BANK, NATIONAL ASSOCIATION
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14712676*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14701963*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
14659155*      +The Huntington National Bank,    c/of McCabe Weisberg & Conway P.C.,    123 South Broad Street,
                 Suite 1400,    Philadelphia, PA 19109-1060
14659137      ##+Countrywide Home Loans, Inc.,    4500 Park Granada,    Calabasas, CA 91302-1613
                                                                                             TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Mario J. Hanyon    on behalf of Creditor    Ditech Financial LLC et al pawb@fedphe.com
              Michael S. Jan Janin    on behalf of Debtor Leroy John Balzer mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Michael S. Jan Janin    on behalf of Joint Debtor Karen Ann Balzer mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```