Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Leroy John Balzer** | : | Case No. 17−10652−TPA |
| **Karen Ann Balzer** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 7th of August, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Leroy John Balzer  
Karen Ann Balzer  
    Debtors

Case No. 17-10652-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: jmar    Page 1 of 2    Date Rcvd: Aug 07, 2018  
                 Form ID: 309    Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.

```
db/jdb        +Leroy John Balzer,    Karen Ann Balzer,    3623 West Lake Road,    Erie, PA 16505-3401
cr            +Dep't of Revenue Office of Attorney General,    Anthony T. Kovalchick,    564 Forbes Avenue,
                Manor Building,    Pittsburgh, PA 15219-2908
14659125      +AAS Debt Recovery Inc.,    P.O. Box 129,    Monroeville, PA 15146-0129
14659127      +AT&T,   500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2321
14659129      +Bank of America,    450 East Boundry Street,    Chapin, SC 29036-9417
14659128      +Bank of America,    13150 Worldgate Drive,    Herdon, VA 20170-4376
14706037      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14659136     ++++CORE LOGIC,    1500 SOLANA BLVD BLDG 1,    WESTLAKE TX  76262-1720
              (address filed with court: Core Logic,    One Core Logic Drive,    Westlake, TX 76262)
14659134      +CitiBank N.A.,    500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2321
14659135       Commercial Acceptance,    2 Main Street,    Shiremanstown, PA 17011
14659139      +David J. Apothaker, Esquire,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
14659142      +Ditech Financial LLC/Greentree Servicing,    3000 Bayport Drive,    Suite 880,
                Tampa, FL 33607-8409
14659145      +Huntington Bank,    831 State Street,    Erie, PA 16501-1316
14659146       Huntington Mortgage Group,    P.O. Box 1588,    Dept. EAW25,    Columbus, OH 43216
14659148      +Jennie C. Tsai, Esquire,    Phelan, Hallinan Diamond & Jones LLP,    1617 JFK Blvd., Suite 1400,
                One Penn Center Plaza,    Philadelphia, PA 19103-1823
14659149      +Lynn M. Taber, Esquire,    1150 1st Avenue, #501,    King of Prussia, PA 19406-1316
14659151      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14659152      +PNC Bank,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
14726640      +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                Miamisburg, OH 45342-5421
14659154      +Sky Bank,    831 State Street,    Erie, PA 16501-1316
14648011      +The Huntington National Bank,    c/of McCabe Weisberg & Conway P.C.,    123 South Broad Street,
                Suite 1400,    Philadelphia, PA 19109-1060
14659156      #+Trident Asset Management,    53 Perimiter Center East,    Suite 440,    Atlanta, GA 30346-2294
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14659126      +EDI: ALLIANCEONE.COM Aug 08 2018 06:13:00      Alliance One,   4850 Street Road,    Suite 300,
                Trevose, PA 19053-6643
14659130       EDI: BANKAMER.COM Aug 08 2018 06:18:00      Bank of America, N.A.,    P.O. Box 982238,
                El Paso, TX 79998-2235
14659131      +EDI: RESURGENT.COM Aug 08 2018 06:18:00      CACH LLC,    4340 S. Monaco Street,    2nd Floor,
                Denver, CO 80237-3485
14734326       EDI: RESURGENT.COM Aug 08 2018 06:18:00      CACH, LLC C/O Resurgent Capital Services,
                P.O. Box 10675,    Greenville, SC 29603-0675
14659132       EDI: CAPITALONE.COM Aug 08 2018 06:18:00      Capital One Bank (USA), N.A.,    P.O. Box 71083,
                Charlotte, NC 28272-1083
14659133      +E-mail/Text: bankruptcy@cavps.com Aug 08 2018 02:28:06      Cavalry SPV I LLC,
                500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2321
14659138      +EDI: BANKAMER.COM Aug 08 2018 06:18:00      Countrywide Home Loans, Inc.,
                1800 Tapo Canyon Road,    Simi Valley, CA 93063-6712
14659141      +E-mail/Text: bankruptcy.bnc@ditech.com Aug 08 2018 02:27:35      DiTech Financial LLC,
                P.O. Box 6172,    Rapid City, SD 57709-6172
14659140      +E-mail/Text: bankruptcy.bnc@ditech.com Aug 08 2018 02:27:35      DiTech Financial LLC,
                1100 Landmark Towers,    345 St. Peters Street,    St. Paul, MN 55102-1211
14666004       E-mail/Text: bankruptcy.bnc@ditech.com Aug 08 2018 02:27:35
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
14659143      +EDI: RMSC.COM Aug 08 2018 06:18:00      Greentree Servicing LLC,    7360 South Kyrne Road,
                Tempe, AZ 85283-4583
14659144      +E-mail/Text: bankruptcy@huntington.com Aug 08 2018 02:27:53      Huntington Bank,
                2361 Morse Road,    Columbus, OH 43229-5891
14659147       EDI: IRS.COM Aug 08 2018 06:18:00      Internal Revenue Service,
                ATTN: Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14699976      +E-mail/Text: Bankruptcy@natfuel.com Aug 08 2018 02:27:55      National Fuel,    Attn: Legal Dept.,
                P.O. Box 2081,    Erie, PA 16512-2081
14648571      +EDI: PRA.COM Aug 08 2018 06:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14659150       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2018 02:27:51      Pa. Dept. of Revenue,
                Dept. 280946,    Harrisburg, PA 17128-0946
14663644       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2018 02:27:51
                Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                Harrisburg P A 17128-0946
14659153      +EDI: PRA.COM Aug 08 2018 06:13:00      Portfolio Recovery Associates Inc.,    P.O. Box 12914,
                Norfolk, VA 23541-0914
14737710      +E-mail/Text: bankruptcy@huntington.com Aug 08 2018 02:27:53      The Huntington National Bank,
                PO Box 89424,    Cleveland, OH 44101-6424
14689787       EDI: AIS.COM Aug 08 2018 06:13:00      Verizon,    by American InfoSource LP as agent,
                PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 20
```

```
District/off: 0315-1           User: jmar                  Page 2 of 2                  Date Rcvd: Aug 07, 2018
                               Form ID: 309                Total Noticed: 42


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC et al
cr              PNC BANK, NATIONAL ASSOCIATION
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14712676*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14701963*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
14659155*      +The Huntington National Bank,   c/of McCabe Weisberg & Conway P.C.,    123 South Broad Street,
                 Suite 1400,    Philadelphia, PA 19109-1060
14659137      ##+Countrywide Home Loans, Inc.,    4500 Park Granada,    Calabasas, CA 91302-1613
                                                                                            TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Mario J. Hanyon    on behalf of Creditor    Ditech Financial LLC et al pawb@fedphe.com
              Michael S. Jan Janin    on behalf of Debtor Leroy John Balzer mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Michael S. Jan Janin    on behalf of Joint Debtor Karen Ann Balzer mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```