# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LEROY JOHN BALZER
KAREN ANN BALZER
    Debtor(s)

Case No.:17-10652 TPA

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/22/2017 and confirmed on 12/05/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 13,770.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 13,770.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,500.68 | |
|     Trustee Fee | 594.64 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,095.32 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   DITECH FINANCIAL LLC F/K/A GREEN TREE | 0.00 | 4,345.43 | 0.00 | 4,345.43 |
|     Acct: 5979 | | | | |
|   PNC BANK NA | 0.00 | 7,329.25 | 0.00 | 7,329.25 |
|     Acct: 4379 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4272 | | | | |
|   DITECH FINANCIAL LLC F/K/A GREEN TREE | 10,203.86 | 0.00 | 0.00 | 0.00 |
|     Acct: 5979 | | | | |
|   PNC BANK NA | 4,329.08 | 0.00 | 0.00 | 0.00 |
|     Acct: 4379 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4272 | | | | |
|   INTERNAL REVENUE SERVICE* | 15,049.13 | 0.00 | 0.00 | 0.00 |
|     Acct: 2343 | | | | |
|   PA DEPARTMENT OF REVENUE* | 9,776.41 | 0.00 | 0.00 | 0.00 |
|     Acct: 2343 | | | | |
| | | | | 11,674.68 |

Priority

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MICHAEL S JAN JANIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LEROY JOHN BALZER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUINN BUSECK LEEMHUIS ET AL | 3,000.00 | 1,500.68 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 1,741.01 | 0.00 | 0.00 | 0.00 |
| Acct: 2343 | | | | |
| INTERNAL REVENUE SERVICE* | 5,319.78 | 0.00 | 0.00 | 0.00 |
| Acct: 2343 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 2,488.23 | 0.00 | 0.00 | 0.00 |
| Acct: 2507 | | | | |
| FIRST NATIONAL BANK OF PA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0417 | | | | |
| BANK OF AMERICA NA** | 781.58 | 0.00 | 0.00 | 0.00 |
| Acct: 8953 | | | | |
| CACH LLC** | 6,643.40 | 0.00 | 0.00 | 0.00 |
| Acct: 9102 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 9,552.46 | 0.00 | 0.00 | 0.00 |
| Acct: 3378 | | | | |
| COMMERCIAL ACCEPTANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 913X | | | | |
| COMMERCIAL ACCEPTANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 99R9 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2400 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2657 | | | | |
| TRIDENT ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0862 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 927.05 | 0.00 | 0.00 | 0.00 |
| Acct: 8796 | | | | |
| PA DEPARTMENT OF REVENUE* | 3,521.85 | 0.00 | 0.00 | 0.00 |
| Acct: 2343 | | | | |
| INTERNAL REVENUE SERVICE* | 21,852.72 | 0.00 | 0.00 | 0.00 |
| Acct: 2343 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 151.34 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| NATIONAL FUEL GAS DISTRIB CORP | 2,024.97 | 0.00 | 0.00 | 0.00 |
| Acct: 4901 | | | | |
| ANTHONY T KOVALCHICK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARIO J HANYON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BANK OF AMERICA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CORE LOGIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ~ COUNTRYWIDE HOME LOANS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GREEN TREE SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HUNTINGTON MORTGAGE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 17-10652 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    PHELAN HALLINAN LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    HUNTINGTON NTN'L BANK** FRMLY | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    ALLIANCE ONE RECEIVABLES MGMNT | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    ATT | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    APOTHAKER & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 11,674.68 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 7,060.79 |
|---|---|
| SECURED | 39,358.48 |
| UNSECURED | 47,943.60 |

Date: 09/05/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com